UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FELTON ANTHOYN WIGGINS
          Petitioner
    v.
UNITED STATES OF AMERICA
          Respondent

**Judgment in a Civil Case**

Case Number: 5:09-HC-2116-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the respondent's motion to dismiss, or in the alternative, motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 16, 2010, with service on:
Felton Anthony Wiggins  24478-083, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

August 16, 2010                                  /s/ Dennis P. Iavarone
                                                   Clerk

Raleigh, North Carolina